THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MID AMERICA DRILLING CORPORATION**                              **PLAINTIFF**

v.                          Case No. 2:17-cv-00186-KGB

**FORREST CITY READY MIX CONCRETE
CO. d/b/a ARKANSAS CONCRETE COMPANY**                              **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to dismiss (Dkt. No. 41). In the motion, the parties represent that all matters in controversy have been compromised and settled, and they therefore petition this Court to enter a judgment dismissing with prejudice the action and fixing costs as against the party incurring such costs (*Id.*).

The Court grants the parties' joint motion to dismiss (Dkt. No. 41). The Court dismisses with prejudice plaintiff Mid America Drilling Corporation's claims in this case. The Court further orders that each party shall bear its own costs. Finally, the Court denies as moot all other pending motions in this matter (Dkt. Nos. 19, 23, 36).

It is so ordered this the 14th day of November, 2018.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge